| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Trans Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0754 3:22CR30132-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 2:24-cr-00177-APG-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Imani N. Kaufman<br>Las Vegas, NV  89030 | Southern District Of Illinois | East St. Louis |
| | NAME OF SENTENCING JUDGE | |
| | Honorable   Staci M. Yandle, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>December 7, 2023 | TO<br>December 6, 2026 |

| OFFENSE |
|---|
| 18 U.S.C. §§922(g)(1) and 924(a)(2) Felon in Possession of a Firearm |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| District of Nevada has requested transfer of Jurisdiction, as they have been supervising client since release. |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| April 4, 2024 | |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| August 7, 2024 | |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Imani N Kaufman

Case No.:  To Be Assigned

**REQUEST TO ACCEPT TRANSFER OF JURSDICTION**

August 5, 2024

TO:   The Honorable District Court Judge:

On October 23, 2023, the Honorable Judge Staci M. Yandle in the Southern District of Illinois (SD/IL) sentenced Kaufman to 21 months custody followed by three (3) years of supervised release for committing the offense of Felon in Possession of a Firearm. On December 8, 2023, supervision commenced in the SD/IL. Supervision was transferred to the District of Nevada (D/NV) on February 4, 2024.

Kaufman is currently residing with her mother in Las Vegas and has indicated that she no intentions of returning to the SD/IL.  Furthermore, Kaufman has incurred numerous violations during her short time on supervision.  The purpose of this letter is to request a Transfer of Jurisdiction so that these violations can be addressed more expeditiously.

As noted by the signature on the Transfer of Jurisdiction form (Prob. 22) District Court Judge Staci M. Yandle has agreed to relinquish jurisdiction. Should the Court agree with the request, the Transfer of Jurisdiction form is attached for your Honor's signature.

Should the Court have any questions, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov or at (702) 236-2134.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2024.08.06 10:02:40 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2024.08.05 16:07:27 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer