RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Imani N. Kaufman

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00177-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| IMANI N. KAUFMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Imani N. Kaufman, that the Revocation Hearing currently scheduled on Wednesday, September 18, 2024, be vacated and continued to a date and time convenient to the Court, but not greater than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant needs additional time to investigate the violations and determine whether the parties are able to reach a global resolution, which would obviate the need for a revocation hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 11th day of September 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Steven Rose*<br>By_____<br>STEVEN ROSE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMANI N. KAUFMAN,<br><br>Defendant. | Case No.  2:24-cr-00177-APG-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 18, 2024 at 2:30 p.m., be vacated and continued to November 20, 2024 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 12th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE

3